IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 11-83-06 |
| v. | : | |
| | : | CIVIL NO. 13-4694 |
| MICHELE QUIGLEY | : | |

## ORDER

**AND NOW**, this 6th day of March, 2014, upon consideration of Petitioner's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF No. 276), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**; and

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**